UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
_____ DIVISION

FILED US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

14 SEP 23 PM 2:54

STEPHEN H. COLLINS

name of plaintiff(s)

v.

PRG REAL ESTATE & RIVER OAKS APARPMENTS

name of defendant(s)

Civil Case No. 3:14-CV-647-H

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   AMERICANS WITH DISABITES ACT, AND FAIR HOUSING ACT,

2. Plaintiff, STEPHEN H. COLLINS _____ resides at
   550 HICKORY LANE , LA GRANGE
   street address          city
   HENRY      , KY.   , 40031  , (954) 501-9607
   county      state    zip code   area code, phone number

   (if more than one plaintiff, provide the same information for each plaintiff below):

3. Defendant, RIVER OAKS APARTMENT _____ lives at, or its business is located at 2400 MELLWOOD AVENUE _____.
   street address

   LOUISVILLE , JEFFERSON COUNTY , KENTUCKY ,
   city              county                  state

   40206
   zip code

   (if more than one defendant, provide the same information for each defendant listed above):

   PRG REAL ESTATE    2701 E. LUZERNE STREET, PHILADELPHIA, PA. 19137

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

   IN 2011 WHEN PLANNING MY WIFE AND MINE RELOCATION WE APPLIED AS APPLICANTS AT RIVER OAKS APARTMENTS. QUITON GRIFFIN WAS THEN A LEASING AGENT WITH PRG REAL ESTYATE. MY WIFE AND I BOTH SUPPLIED QUITON GRIFFIN WITH OUR OUR SOCIAL SECURITY INCOME FOR THE YEAR. SO AFTER OUR INCOME AND REFERENCE WERE CHECKED WE WERE ACCEPTED AS APPLICANTS TO LIVE IN RIVER OAKS APARTMENTS. WE SUPPLIED RIVER OAKS THE FOLLOWING YEAAR 2012 WITH THE SAME INCOME VERIFICATION. IN 2013, MY WIFE AND I HAD FILED FOR DIVORCE AND WHEN I RENEWERD THE LEASE FOR 2013 , I WAS THE ONLY TENNANT THAT WAS BOUND BY THE NEW LEASE AGGREEMENT. I ALSO FILED A SOCIAL SERCURITY INCOME VERIFICATION FOR LEASE 2013 THRU 2014. AFTER MY WIFE LEFT, IF I NEEDED HELP GETTING UP TO MY APARTMENT I DIDN"T HAVE HER HELP ANYMORE. WHEN SHE LEFT IN OCTOBER OF 2013, I WAS FACED WITH GETTING UP AND DOWN BY MYSELF. IT TOOK OVER 2 YEARS TO RECEIVE A DISABLE PARKING SPACE IN FRONT OF BLDG. 11 , WHERE I LIVE IN APT. # 1120. ON APRIL 4, 2014 I MET WITH RIVER OAKS APARTMENT MANAGER QUINTON GRIFFIN . IN THAT MEETING I EXPAINED TO HIM THAT MY DISABLITY HAD GOTTEN WORSE AND THAT I WOULD LIKE HIM TO ASK PRG REAL ESTATE WHAT PROVISIONS THEY COULD MAKE FOR ME IN REGARDS TO MY LEASE AGGREEMENT. I HAD BEEN TOLD BY THE DOCTORS HERE THAT IF I HAD TO RECEIVE A ADDITIONAL SURGERY THAT I WOULD NEED TO GO BACK TO MY PREVIOUS DOCTOR IN FLORIDA. SO I NEEDED QUINTON GRIFFIN TO GET A ANSWER FOR ME. QUINTON GRIFFIN PROPERTY MANAGER AT RIVER OAKS APARTMENTS DID NOT EVERY GIVE ME A ANSWER AS TO WHETHER THEY COULD ACCOMADATE OF RELEASE ME FROM MY THIRD LEASE AGGREEMENT. ON APRIL 29, 2014 I WAS INVOLED IN A AUTOMOBILE ACCIDENT THAT INJURYED MY RIGHT KNEE TO WHICH I HAD TO HAVE SURGERY JULY 7,2014 . I WAS UNABLE THRU THE MONTH OF APRIL, MAY,AND JUNE ,TO HAVING RESONABLE ACCESS TO MY APARTMENT BECAUSE OF DISIBILTIES WITH MY BACK AND KNEE. THOSE THREE MONTHS, BUT I DID PAY RENT EVEN THOUGH I COULD NOT ACCESS MY APARTMENT BECAUSE OF DISIBILTIES. RIVER OAKS APARTMENT DID NOT MAKE ANY RESONABLE ACCOMMODATIONS FOR ME DURING THESE MONTHS. ON MAY 30,2014 I SENT A LETTER TO RIVER OAKS APARTMENTS C/O QUINTON GRIFFIN, AND DANIELLE PROCHE, REGIONAL PROPERTY MANAGER FOR PRG, QUINTONS GRIFFIN SUPERIOR A LETTER . (SEE ATTACHMENT "EXHIBIT A") . IN THIS LETTER I EXPLAINED THE MEDICAL NEED TO REQUEST RESONABLE ACCOMMODATIONS TO ACCESS OR RELIEF BECAUSE OF MEDICAL NEEDS TO BREAK MY LEASE, AND GAVE RESONABLE NOTICE TO RIVER OAKS APARTMENTS OF MOVING. SEE ATTACHMENT "EXHIBIT B" , "EXIBIT C", " QUINTON GRIFFIN , PROTERY MANAGER THEN INFORMED ME THAT IF I WERE TO WAIT TILL THE FRIST OF AUGUST THAT HE WOULD BE ABLE TO PLACE ME IN A HANDICAP APARTMENT . MY RESPOND TO HIM IN WRITING WAS THAT I COULD NOT SEE WAITING TO RELOCATE. I HAD NOT BEEN LIVING THERE SINCE APRIL 2014. I MOVED OUT ON JUNE 30, 2014 AND GAVE MY APARTMENT KEY TO DONNEY COOKE, MAINTAINCE SUPERINTENDENT BECAUSE IT WAS AFTER OFFICE HOURS. I FURTHER HAD A CONVERSATION WITH ROSEMARY INREGARDS TO A STATEMENT SEE SENT ME VIA MAIL ( SEE ATTACHMENT "EXIBIT D". IN THIS STATEMENT SEE HAD BILLED ME FOR CHARGES THAT WERE NOT TRUE CHARGES TO WHICH I WAS WILLING TO FACE A JUDGE WITH TO GET CLARIFICATION. SEE IN TURN LATER BEFORE RESONABLE TIME (LESS THAN 30 DAYS FROM INVOICE) TO CLEAR UP UNREASONABLE CHARGES SHE TURN BILL OVER TO A CREDIT COLLECTION COMPANY (SEE ATTACHMENT "EXIBIT E"). THIS WAS AIMED STRICTLY TO DAMAGE CREDIT RATING. I FEEL BECAUSE OF MY DIABLILTIES AND MEDICAL HEALTH THAT UNDER THE ACTS LISTED ABOVE I SEEK RECOVER OF DAMAGES MONITORY THAT I AM ENTITLED TO RECOVER DUED TO DISCRIMINATION BECAUSE OF DISIBILITES.

5. Prayers for Relief (list what you want the Court to do):

   a. TO RECEIVE A CIVIL SUIT JUDGEMENT FOR A AMOUNT THAT THE COURT WOULD DEEM ACCEPTABLE FOR THE OFFENSE. JUDGEMENT NOT EXCEED $500,000.00 ,(FIVE HUNDRED THOUSAND AND NO CENTS)

   b. THAT PRG REAL ESTATE RECANT CHARGES THAT THEY STATE I OWE, BECAUSE I DID GIVE PROPER NOTIFICATION OF MOVING BECAUSE OF LACK OF ACCESS TO MY APARTMENT FOR THE MONTS OF APRIL, MAY, AND JUNE OF 2014. ALSO I MOVED COMPLETELY OUT JUNE 30TH, 2014. KEYS WHERE TURN OVER TO MAINTAINENCE SURPERVISOR DONNEY COOKE. ALSO TO REMOVE AND CORRECT CHARGES WITH NCC BUSINESS SERVICES INC, A COLLECTION COMPANY

   c. THAT RIVER OAKS APARTMENTS WHEN RENTING TO THE HANDICAP AND DISABLE TENNANTS TO MAKE ACCOMODATIONS WHEN ACCOMODATION ARE NEEDED  AND TO FOLLOW THE FAIR HOUSING ACT

   d. _____

6. Request for a Jury Trial   _____ yes   __NO__ no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this __23__ day of __Sept.__, 20__14__.

Stephen H. Collins
530 Hickory Ln, LaGrange, Ky 40031
_Stephen H Collins_
(signature of plaintiff(s))