UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

| | |
|---|---|
| STEPHEN H. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 3:14-CV-00647-DJH |
| PRG REAL ESTATE MANAGEMENT, INC. | ) |
| and NEW RIVER OAK ASSOCIATES, LLC | ) |
| d/b/a RIVER OAK APARTMENTS | ) |
| | ) |
| Defendants. | ) |

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

## DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Defendants, PRG Real Estate Management, Inc. ("PRG") and New River Oak Associates, LLC d/b/a River Oak Apartments ("River Oak"), by counsel, hereby move the Court to dismiss the claims of the Plaintiff, Stephen Collins ("Collins") in the Amended Complaint in their entirety, with prejudice, pursuant to Fed. R. Civ. P. CR 12(b)(6) or, in the alternative, to grant Summary Judgment pursuant to Fed. R. Civ. P. 56 in their favor. The basis of this Motion is fully set forth in the Memorandum of Law which accompanies this Motion. A proposed Order is also being tendered herewith.

FPDOCS 32113664.1

Respectfully submitted,

*/s/ Katherine A. Garbarino*
Katherine A. Garbarino
Andrew M. Swafford
FISHER & PHILLIPS LLP
220 West Main Street, Suite 2000
Louisville, KY  40202
Telephone:  502/561-3990
Facsimile:  502/561-3991
E-Mail:  kgarbarino@fisherphillips.com
E-Mail:  aswafford@fisherphillips.com

COUNSEL FOR DEFENDANTS, PRG REAL ESTATE MANAGEMENT, INC. and NEW RIVER OAK ASSOCIATES, LLC d/b/a RIVER OAK APARTMENTS

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2016, I electronically filed the foregoing Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, together with a Memorandum in Support and a Proposed Order with the Clerk of the Court by using the CM/ECF System, which will provide electronic service upon the following:

Matthew D. Owen
Joshua Farley
Howard and Farley LLC
455 South 4th Street, Suite 1250
Louisville, KY 40202
Telephone:  502/473-6464
Facsimile:  502/473-6462
E-Mail:  Mdo@louisvillefirm.com
E-mail:  Josh@howardfarley.com

COUNSEL FOR PLAINTIFF

*/s/ Katherine A. Garbarino*
COUNSEL FOR DEFENDANTS