UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

STEPHEN H. COLLINS,     Plaintiff,

v.     Civil Action No. 3:14-cv-647-DJH-DW

PRG REAL ESTATE, et al.,     Defendants.

\* \* \* \* \*

## **JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendants PRG Real Estate and New River Oak Associates, LLC, d/b/a River Oak Apartments, with respect to all claims asserted in this matter by Plaintiff Stephen H. Collins.

(2) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

March 27, 2017

**David J. Hale, Judge**
**United States District Court**