United States District Court for the Western
District of Kentucky
File Number 3:14-cv-647-H

| STEPHEN H. COLLINS, PLAINTIFF  v.  PRG REAL ESTATE, et al DEFENDANTS |

Notice of Appeal

    Notice is hereby given that Stephen H. Collins, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the partial dismissal and final judgment entered in this action on the 23rd day of December, 2015 and the 27th day of March, 2017, respectively.

    /s/Joshua D Farley
Joshua D Farley
FARLEY & ASSOCIATES, PLLC
455 S. 4th Street, Suite 1221
Louisville, Kentucky 40202
Phone: 502-632-6966
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing pleading was served via electronic filing and via Certified Mail, with the Complaint in the matter, on this 26th day of April 2017, to the following:

Hon. Katherine A. Garbarino
Fisher & Phillips
220 W. Main Street, Suite 2000
Louisville, KY 40202

    /s/ Joshua D Farley
    Joshua D Farley