**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 24, 2018

Ms. Vanessa L. Armstrong
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

Re: Case No. 17-5534, *Stephen Collins v. PRG Real Estate, et al*
Originating Case No. : 3:14-cv-00647

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Michelle M. Davis
Case Manager
Direct Dial No. 513-564-7025

cc: Mr. Joshua D. Farley
    Ms. Katherine A. Garbarino
    Mr. David B. Mour

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 17-5534

_____

Filed: May 24, 2018

STEPHEN H. COLLINS

      Plaintiff - Appellant

v.

PRG REAL ESTATE; RIVER OAKS APARTMENTS; NEW RIVER OAK ASSOCIATES, LLC

      Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 04/04/2018 the mandate for this case hereby issues today.

COSTS: None