UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

STEPHEN H. COLLINS,                                                                                                   Plaintiff,

v.                                                                             Civil Action No. 3:14-cv-647-DJH-DW

PRG REAL ESTATE, et al.,                                                                           Defendants.

\* \* \* \* \*

## ORDER

In accordance with the Sixth Circuit's decision of April 4, 2018 (Docket No. 76), and the Mandate issued May 24, 2018 (D.N. 77), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

May 25, 2018

**David J. Hale, Judge**
**United States District Court**

1